October 29, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JOE BALLARD, Appellant

NO. 14-14-00647-CV                    V.

ARCH INSURANCE COMPANY AND TRANSFORCE, INC., Appellees

_____

This cause, an appeal from the judgment signed, May 21, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Joe Ballard to pay all costs incurred in this appeal. We further order this decision certified below for observance.